ORIGINAL

FRANCIS M. GREGOREK (144785)
BETSY C. MANIFOLD (182450)
RACHELE R. RICKERT (190634)
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

**LODGED** JAN 1 4 2005 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION AT SANTA ANA DEPUTY

**FILED** JAN 1 8 2005 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION AT SANTA ANA DEPUTY

BY FAX

___ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In re QUEST SOFTWARE, INC., SECURITIES LITIGATION | Master File No. SA-CV-03-1192 DOC (ANx) |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [~~PROPOSED~~] ORDER OF VOLUNTARY DISMISSAL OF ACTION |
| ALL ACTIONS | DEPT.: 9B<br>JUDGE: Hon. David O. Carter |

DOCKETED ON CM
JAN 1 8 2005
BY _____ 040

(87)

1     WHEREAS, by Judgment entered on November 15, 2004, the Court granted Defendants' Motion to Dismiss Plaintiff's Second Amended Consolidated Complaint in its entirety with leave to amend;

    WHEREAS, plaintiff has until January 14, 2005 to file any amended complaint; and

    WHEREAS, the parties have discussed a final resolution of this matter;

    IT IS HEREBY STIPULATED AND AGREED by and through the parties' respective counsel, that this action shall be terminated and dismissed with prejudice under the following terms and conditions:

1. The parties agree to dismiss plaintiff's claims against each defendant in the above-captioned matter pursuant to Fed. R. Civ. P. 41(a)(1) with prejudice;

2. No party shall seek reimbursement from any other party of any fees, costs, expenses or damages in connection with the filing, prosecution, defense or dismissal of this action or the events that are the subject of this action;

3. Defendants will not contend that plaintiff's action was not filed or prosecuted in good faith;

4. The parties and their counsel intend to effect, by and through this Stipulation and Order, a full, mutual and complete release of any and all claims that they may have against one another arising from the filing, prosecution, defense or dismissal of this action;

5. The parties represent that the defendants have not made or promised any payment, direct or indirect, to the plaintiff or his counsel in consideration of the dismissal of this action;

6. A class has not been certified in this action;

7. Defendants have not filed or served an answer to the complaint or a motion for summary judgment; and

8. This Stipulation reflects the terms of dismissal of this action. The Court shall retain jurisdiction for the purposes of enforcing the terms of this Stipulation.

IT IS SO STIPULATED.

Dated: January __, 2005

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
Francis M. Gregorek
Betsy C. Manifold
Rachele R. Rickert

_____
FRANCIS M. GREGOREK

750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

Lead Counsel for Plaintiffs

BRODSKY & SMITH, LLC
Evan J. Smith, Esq.
Two Bala Plaza, Suite 602
Bala Cynwyd, PA 19004
Telephone: 610/667-6200
Facsimile: 610/667-9029

LAW OFFICES OF BRIAN M. FELGOISE
Brian M. Felgoise
261 Old York Road
The Pavilion, Suite 423
Jenkintown, PA 19046
Telephone: 215/886-1900

Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: January 11, 2005 | COOLEY GODWARD LLP |
| 2 | | Koji Fukumura |
| 3 | | |
| 4 | | _____ |
| 5 | | KOJI FUKUMURA |
| 6 | | 4401 Eastgate Mall |
| 7 | | San Diego, CA 92121 |
| | | Telephone: 858/550-6000 |
| 8 | | Facsimile: 858/550-6420 |
| 9 | | Attorneys for Defendants |

## ORDER

Plaintiff's Second Amended Consolidated Complaint is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

Dated: January 18, 2005

_____
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

QUEST:11198

- 3 -